| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | CRIMINAL ACTION NO. 4:12-CR-1 |
| § | |
| GERARDO ZEA-LUNA (1) § | |

## MEMORANDUM ADOPTING AMENDED REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came for consideration the amended report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On January 8, 2013, the amended report of the Magistrate Judge was entered containing proposed findings of fact and recommendation that the Defendant's Motion to Dismiss for Lack of Venue or Transfer Prosecution (Dkt. #27) should be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's amended report as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Defendant's Motion to Dismiss for Lack of Venue or Transfer Prosecution (Dkt. #27) is **DENIED.**

SIGNED at Beaumont, Texas, this 4th day of February, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE